JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KNARIK GAPOYAN,

        Petitioner,

    v.

SECRETARY OF THE U.S.
DEPARTMENT OF HOMELAND
SECURITY, et al.,

        Respondents.

Case No. 5:26-cv-01538-KES

**JUDGMENT**

Pursuant to the Court's Order Granting Petition, IT IS ADJUDGED that the Petition is granted.

DATED: April 14, 2026         _Karen E. Scott_____

                 KAREN E. SCOTT
                 UNITED STATES MAGISTRATE JUDGE